## Ruchizky's Estate.

*Trusts and trustees — Resulting trust—Decedent's estates—Burden of proof.*

Property, the title and possession of which were in a decedent at the time of his death, was claimed by one of his children as hers by descent from her mother, who was averred to be the real owner under a resulting trust. The trial court found that the evidence failed to sustain the claim. *Held,* no error.

Submitted Jan. 6, 1903. Appeal, No. 134, Jan. T., 1902, by Laura Ruchizky, from decree of O. C. Phila. Co., July T.,

1901, No. 204, overruling exceptions to adjudication in estate of Joseph Ruchizky, deceased.    Before MITCHELL, DEAN, FELL, BROWN, MESTREZAT and POTTER, JJ.    Affirmed.

Exceptions to adjudication of PENROSE, J.

*Errors assigned* were in dismissing exceptions to adjudication.

*George R. Jefferson*, for appellant.

*J. Louis Breitinger*, for appellee.

PER CURIAM, February 9, 1903:

Certain real and personal property, the title and possession of which were in the decedent at the time of his death, was claimed by the appellant, one of his children, as hers by descent from her mother who was averred to be the real owner under a resulting trust.    The burden of proof was upon the claimant and the court below found that the evidence totally failed to sustain it.    There is nothing in the case but a question of fact which does not justify further discussion.

Decree affirmed with costs.